IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VIRGIL BUNN,

    Plaintiff,

v.                                            1:17-cv-01064-LF-JFR

SONNY PERDUE, as Secretary,
United States Department of Agriculture,

    Defendant.

## **FINAL ORDER**

Pursuant to the memorandum opinion and order entered concurrently herewith, the Court enters this Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby dismisses this matter with prejudice.

                                                        _____
                                                        Laura Fashing
                                                        United States Magistrate Judge
                                                        Presiding by Consent